JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEE SOOK AHN,<br><br>       Plaintiff,<br><br>  vs.<br><br>XIU HUA LIANG; LI QIONG YU; DOES 1 to 10,<br><br>       Defendants. | **Case No.: 2:21-cv-04141 RGK (JDEx)**<br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

1 | Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs, with the Court to retain jurisdiction with the Court to retain jurisdiction up for thirty (30) days up until November 19, 2021.

SO ORDERED.

DATED: October 21, 2021          _____
                                 United States District Court Judge